AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:13-mj-722-GWF |
| RAY JOHN KORNFELD ) | |
| ) | Charging District: Eastern District of California |
| *Defendant* ) | Charging District's Case No. 2:10cr68-010 |

*FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD SEP 1 3 2013 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: DEPUTY*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Robert T. Matsui United States Courthouse<br>501 I Street, Sacramento, CA 95814<br>U.S. Magistrate Judge Carolyn Delaney | Courtroom: | 24 |
|---|---|---|---|
| | | Date/Time: | September 26, 2013 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Sep 13, 2013

*Judge's signature*

GEORGE W. FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*